**Randall D. WILHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44267.**

Missouri Court of Appeals, Western District.

Sept. 3, 1991.

Stephen J. Harris, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., LOWENSTEIN, C.J., and ULRICH, J.

## ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).